IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 14-rj-00007

Arising out of the U.S. District
Court for the District of Nevada,
Case No. 2:10-cv-00352-PMP-VCF

OREO CORP.,

      Plaintiff,

v.

KAMELA NIELSEN, LAWRENCE J.
WINNERMAN, SANFORD B. WINNERMAN,
and WW CENTENNIAL HILLS, LLC,

      Defendants.
_____

## ORDER GRANTING MOTION BY LORRIE B. WINNERMAN TO DROP MISJOINED PARTY AND REMOVE ANY REFERENCES TO HER AS A DEFENDANT / JUDGMENT DEBTOR

THIS MATTER came before the Court on the *Motion by Lorrie B. Winnerman to Drop Misjoined Party and Remove Any References to Her as a Defendant / Judgment Debtor* (the "**Motion**"), filed by Lorrie B. Winnerman.  The Court, having consider the Motion, and being otherwise fully advised in the premises,

ORDERS as follows:

1.    The Motion is GRANTED.

2.    Lorrie B. Winnerman is dropped as a party defendant.

3.    The Clerk of Court is hereby directed to forthwith strike and otherwise remove Lorrie B. Winnerman's name from the docket, and otherwise strike any references to her and to her as a judgment debtor.

DATED_____November 18, 2014_____

BY THE COURT:

_____
~~United States District Judge~~
Craig B. Shaffer
United States Magistrate Judge

-2-